UNITED APPRAISAL COMPANY, INC., Appellant, *v.* CONCET-
TINA FUCA et al., Respondents.

Submitted March 16, 1938; decided April 12, 1938.

*Cyrus Levinthal* and *Samuel Mezansky* for appellant.
*Alexander Del Giorno* and *Michael S. Meyerowitz* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.